[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-11104
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 24, 2010
JOHN LEY
CLERK

D.C. Docket No. 1:09-cr-00201-CG-C-1

USA,

Plaintiff - Appellee,

versus

HERMAN REECE ODOM, JR.,
a.k.a. "Scooter",

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(August 24, 2010)

Before BLACK, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

William Gregory Hughes, appointed counsel for Herman Reece Odom, Jr., has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Odom's conviction and sentence are **AFFIRMED**.